UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALAN MARCELO VAZQUEZ-RAMOS,

        Petitioner,

   v.

KIRSTEN NIELSEN, et al.,

        Respondents.

Case No. C18-1160-RAJ-JPD

REPORT AND RECOMMENDATION

     Petitioner initiated this action on August 7, 2018, to obtain release from immigration detention or a bond hearing. Dkt. 1. On October 4, 2018, petitioner was removed to Mexico pursuant to an administratively final order of removal. Dkt. 12-1. The Government now moves to dismiss this action as moot. Dkt. 11.

     Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner's habeas petition challenges only the length of his detention, his claims were fully resolved by release

REPORT AND RECOMMENDATION - 1

1  from custody.  *See id.* at 1065.  Accordingly, there is no collateral consequence that could be
2  redressed by the Court, and petitioner's habeas petition must be dismissed as moot.  *See id.*
3        The Court thus recommends that the Government's motion to dismiss, Dkt. 11, be
4  GRANTED, petitioner's habeas petition be DENIED, and this action be DISMISSED with
5  prejudice.  A proposed Order accompanies this Report & Recommendation.
6        Objections to this Report and Recommendation, if any, should be filed with the Clerk and
7  served upon all parties to this suit by no later than **December 5, 2018**.  Failure to file objections
8  within the specified time may affect your right to appeal.  Objections should be noted for
9  consideration on the District Judge's motion calendar for the third Friday after they are filed.
10 Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no
11 timely objections are filed, the matter will be ready for consideration by the District Judge on
12 **December 7, 2018.**
13       This Report and Recommendation is not an appealable order.  Thus, a notice of appeal
14 seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the
15 assigned District Judge acts on this Report and Recommendation.
16       Dated this 14th day of November, 2018.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2