UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALAN MARCELO VAZQUEZ-RAMOS,

    Petitioner,

v.

KIRSTEN NIELSEN, et al.,

    Respondents.

Case No. C18-1160-RAJ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The Government's motion to dismiss, Dkt. 11, is GRANTED.

    (3)    Petitioner's habeas petition is DENIED, and this action is DISMISSED with prejudice.

\\

\\

ORDER OF DISMISSAL - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

Dated this 10th day of December, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2